**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CARLTON GARY,

          Plaintiff,

vs.                                    CASE NO. 5:13cv412/RS-CJK

SYSCO,

          Defendant.

_____/

### <u>ORDER</u>

      Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 7).  Plaintiff has not filed objections nor has he filed a third amended complaint as granted by this Court's Order dated March 26, 2014 (Doc. 14).

      **IT IS ORDERED**:

1.     The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 4) is granted for the limited purpose of dismissing this action.

3.     This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

4.     The clerk is directed to close the file.

**ORDERED** on April 11, 2014.


/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**